1  CENTER FOR DISABILITY ACCESS
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200,
4  San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff

7  MONICA PENICHET-COATES (SBN: 250756)
8  monica.penichet@blcmarkets.com
9  BODEGA LATINA CORPORATION
10 14601B Lakewood Boulevard
   Paramount, California 90723
11 Telephone: (562) 616-8800
12 Facsimile: (562) 616-8600
   Attorney for Defendant
13 Bodega Latina Corporation

14

15              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  ORLANDO GARCIA, | Case: 2:20-CV-09993-MWF-E |
| 18             Plaintiff, | |
| 19       v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| 20  EK LYNWOOD, LLC, a California Limited Liability Company; BODEGA LATINA CORPORATION, a Delaware Corporation; and Does 1-10, | |
| 23             Defendants. | |

24

25     Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and
26  between the parties hereto that this action may be dismissed with prejudice
27  as to all parties; each party to bear his/her/its own attorneys' fees and costs.
28

1

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 30, 2021              CENTER FOR DISABILITY ACCESS

                                       By:   /s/Amanda Seabock
                                            Amanda Seabock
                                            Attorney for Plaintiff

Dated: June 30, 2021              BODEGA LATINA CORPORATION

                                       By:   /s/Monica Penichet-Coates
                                          Monica Penichet-Coates
                                          Attorney for Defendant
                                          Bodega Latina Corporation

Joint Stipulation for Dismissal                           Case: 2:20-CV-09993-MWF-E

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Monica Penichet-Coates, counsel for Bodega Latina Corporation, and that I have obtained authorization to affix her electronic signature to this document.

Dated: June 30, 2021         CENTER FOR DISABILITY ACCESS

                                       /s/Amanda Seabock
                             Amanda Seabock
                             Attorney for Plaintiff